FILED
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-07-0266 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHONG YANG THAO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHONG YANG THAO , Case No.  CR S-07-0266 , Charge  18 USC §§ 371; 960; 956; 922  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ _765,000.00_

    X  Unsecured *Vacarro* Appearance Bond _to be replaced by secured Vacarro Property bond within ten days of todays date._

    \_  Appearance Bond with 10% Deposit

    \_  Appearance Bond with Surety

    \_  Corporate Surety Bail Bond

    X  (Other) _Pretrial Services Supervision of Conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2007  at  12:05 pm .

By _____
Dale A. Drozd
United States Magistrate Judge