```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CHONG YANG THAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHONG YANG THAO,<br><br>　　　　　Defendant.<br>_____ | No. CR-S 07-0266 FCD<br><br>STIPULATION AND ORDER TO ALLOW DEFENDANT TO ATTEND RELIGIOUS CEREMONY |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to attend a religious Shaman ceremony on October 7, 2007. The ceremony will be held at the home of Mr. Thao's son, Bucket Thong Thao, located at 7037 E. Fedora, Fresno, California, The ceremony will be held from 12:00 to 8:00 p.m.

　　The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to attend the Shamen ceremony, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: October 5, 2007          /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                CHONG YANG THAO

Dated: October 5, 2007          /S/ Robert Twiss
                                ROBERT TWISS
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord