1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,    ) No. CR-S 07-0266 FCD
12                              )
                Plaintiff,      )
13                              ) STIPULATION AND ORDER TO MODIFY
        v.                      ) CONDITIONS OF PRETRIAL RELEASE
14                              )
   CHONG YANG THAO,             )
15                              )
                Defendant.      )
16                              )
   _____)
17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang

21 Thao, notwithstanding any other terms and conditions of his pretrial

22 release, that special condition number 3 of release set in this case on

23 July 12, 2007, be modified as follows to read:

24      "3.  You are to reside at a location approved by the pretrial

25 services officer and not move or absent yourself from this residence

26 without the prior approval of the pretrial services officer.  You may

27 work at D.J. Singh Chiropractic Corp., located at 4923 Kings Canyon

28 Road, #101, Fresno, California, between the hours of 9:00 a.m. and 3:00

p.m., Monday through Friday.  You may leave your residence in time to get to work by 9:00 a.m., but cannot make any detours or deviations on the way to work or on the way home.  While at the offices of D.J. Singh Chiropractic, you will be in the third party custody of Dr. Steven J. Magallanes, D.C., who will be responsible for you while you are in his office."

   This agreement will remain in effect for 60 days from the date that it is entered on the docket and shall be re-evaluated at that time to determine if it should be continued or modified.

   The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to return to work immediately at the above referenced location, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his behalf.

   **IT IS SO STIPULATED.**

Dated: November 2, 2007        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               CHONG YANG THAO

Dated: November 2, 2007        /S/ Robert Twiss
                               ROBERT TWISS
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

   **IT IS SO ORDERED.**

DATED: November 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(2)