DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-0266 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO ALLOW |
| v. ) | DEFENDANT TO ATTEND NEW YEAR |
| ) | CEREMONIES |
| CHONG YANG THAO, ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to attend New Year ceremonies on December 23, 2007, and December 26, 2007.  The ceremony on December 23, 2007 will be at the home of Mr. Thao's uncle, Jonus Vang, located at 541 Hummingbird Court, Merced, California. Due to the ceremony being held in Merced, it is stipulated that Mr. Thao will be allowed to be absent from his home from 8:00 a.m. to 11:00 p.m., on December 23, 2007.  The ceremony on December 26, 2007, will be held at the Fresno County Fairgrounds.  Mr.

1 Thao will be allowed to attend the Fresno ceremony between the hours of
2 8:00 a.m. to 3:00 p.m., on December 26, 2007.
3     The Court is advised that all counsel have conferred about this
4 request, that they have agreed that Mr. Thao will be allowed to attend
5 the New Year ceremonies, and that Mr. Twiss has authorized Ms. Santos
6 to sign this stipulation on his behalf.
7     **IT IS SO STIPULATED**.

Dated: December 17, 2007        /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                CHONG YANG THAO

Dated: December 17, 2007        /S/ Robert Twiss
                                ROBERT TWISS
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: December 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(5)

Stipulation and Order                2