```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CHONG YANG THAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S 07-266 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO ALLOW |
| | ) DEFENDANT TO ATTEND NEW YEAR |
| CHONG YANG THAO | ) CEREMONIES |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ELLEN ENDRIZZI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to attend New Year ceremony on December 28, 2007, from 5 p.m. to 10 p.m at the home of Mr. Thao's sister, Dir Thao, located at 5977 E. Dayton Avenue, Fresno, California.  Mr. Thao will also be allowed to attend a family dinner on December 31, 2007, from 6 p.m. to 1:00 a.m., at 1890 Serena Avenue, Clovis, California.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to attend

1  the New Year ceremonies, and that Ms. Endrizzi has authorized Ms.
2  Santos to sign this stipulation on her  behalf.
3      **IT IS SO STIPULATED.**
4
5  Dated: December 27, 2007            /S/ Dina L. Santos
                                       DINA L. SANTOS
6                                      Attorney for Defendant
                                       CHONG YANG THAO
7
8  Dated: December 27, 2007            /S/ Ellen Endrizzi
                                       ELLEN ENDRIZZI
9                                      Assistant United States Attorney
                                       Attorney for Plaintiff
10
11                       **O R D E R**
12      **IT IS SO ORDERED.**
13  Dated:  December 27, 2007
14                                     _[signature: Edmund F. Brennan]_
                                       EDMUND F. BRENNAN
15                                     UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order              2