1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,    ) No. CR-S 07-266 FCD
12                              )
              Plaintiff,        )
13                              ) STIPULATION AND ORDER TO ALLOW
        v.                      ) DEFENDANT TO ATTEND WEDDING
14                              )
   CHONG YANG THAO,             )
15                              )
              Defendant.        )
16                              )
                                )
17 _____

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Dina L.
20 Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang
21 Thao, notwithstanding any other terms and conditions of his pretrial
22 release, be allowed to attend the wedding of his cousin Chong Ying Thao
23 on January 11, 2008 from 5 p.m. to 12 p.m., and on January 12, 2008
24 from 12 p.m. to 8 p.m. located at Fresno, California.
25      The Court is advised that all counsel have conferred about this
26 request, that they have agreed that Mr. Thao will be allowed to attend
27 the wedding ceremonies, and that Mr. Twiss has authorized Ms. Santos to
28 sign this stipulation on his behalf.

1 **IT IS SO STIPULATED**.

3 Dated: January 10, 2008          /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   CHONG YANG THAO

6 Dated: January 10, 2008          /S/ Robert Twiss
                                   ROBERT TWISS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**O R D E R**

10 **IT IS SO ORDERED**.

11 DATED: January 10, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 Ddad1/orders.criminal/thao0266.stipord(6)