DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 07-266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| CHONG YANG THAO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ROBERT TWISS, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, that the terms and conditions of defendant's pretrial release be modified as follows:

    1.  Special Conditions of Release No. 3 is modified to add as an additional reason for approval of absenting from the house "employment" and "religious ceremonies" and "family gatherings within Fresno, California."

    2.  Special Conditions of Release 6 and 7 are deleted.

This modification shall remain in effect for 60 days and shall be re-evaluated at that time to determine if it should be continued or modified.  The Court is advised that all counsel have conferred about this request, and that Mr. Twiss has authorized Ms. Santos to sign this stipulation on his  behalf.

**IT IS SO STIPULATED.**

Dated: January 15, 2008         /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                CHONG YANG THAO

Dated: January 1, 2008          /S/ Robert Twiss
                                ROBERT TWISS
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(8)

2