1   DINA L. SANTOS, Bar #204200
    Attorney at Law
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    CHONG YANG THAO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
    UNITED STATES OF AMERICA,      ) No. CR-S 07-266 FCD
12                                  )
                    Plaintiff,      )
13                                  ) STIPULATION AND PROPOSED ORDER TO
         v.                         ) ALLOW DEFENDANT TO CHRISTMAS EVE
14                                  ) DINNER AND HMONG NEW YEAR
    CHONG YANG THAO                 )
15                  Defendant.      )
                                    )
16  _____ )
                                    )
17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney ELLEN ENDRIZZI, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang

21  Thao, notwithstanding any other terms and conditions of his pretrial

22  release, be allowed to attend dinner at the home of Dr. Jonas Vangay at

23  541 Hummingbird Court, Merced, CA 95340, December 24, 2008, and be

24  allowed to return to his home by 11:30 p.m. Additionally, Mr. Chong

25  will be allowed to attend the Hmong New Year Celebrations at the Fresno

26  County Fairgrounds on December 27th, 2008, 28th, 2008 and January 1,

27  2009, between the hours of 8 a.m. and 10 p.m, but he will not have

28  contact with any co-defendants.

1    The Court is advised that all counsel have conferred about this

2   request, that they have agreed that Mr. Thao will be allowed to attend

3   the dinner on December 24, 2008 and the Hmong New Year Celebrations on

4   December 27, 28, 2008 and January 1, 2009, that Ms. Endrizzi has

5   authorized Ms. Santos to sign this stipulation on her  behalf.

6       **IT IS SO STIPULATED**.

7

8   Dated: December 22, 2008          /S/ Dina L. Santos
                                      DINA L. SANTOS
9                                     Attorney for Defendant
                                      CHONG YANG THAO
10

11  Dated: December 22, 2008          /S/ Ellen Endrizzi
                                      ELLEN ENDRIZZI
12                                    Assistant United States Attorney
                                      Attorney for Plaintiff
13

14                      **O R D E R**

15      **IT IS SO ORDERED**.

16            By the Court,

17

18  DATED: December 23, 2008.

19

20                          _____
                            DALE A. DROZD
21                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Stipulation and Order                    2