```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CHONG YANG THAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S 07-266 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO ALLOW |
| | ) DEFENDANT TO ATTEND MERCED HMONG |
| CHONG YANG THAO, | ) NEW YEAR RECOGNITION DINNER |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to attend the Merced Hmong New Year Recognition Dinner in Merced, CA 95340, February 20, 2009, and be allowed to return to his home by 12:00 a.m. The celebration will be held at the Merced County Fairground, located at 900 Martin Luther King Jr. Way, Merced, California, 95340.  Mr. Thao is not to have contact with any co-defendants.

/////

1

1  The Court is advised that all counsel have conferred about this
2  request, that they have agreed that Mr. Thao will be allowed to attend
3  the dinner on February 20, 2009, that Mr. Tice-Raskin has authorized
4  Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: February 17, 2009         /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 CHONG YANG THAO

Dated: February 17, 2009         /S/ Robert Tice-Raskin
                                 ROBERT TICE-RASKIN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: February 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(15)

Stipulation and Order                2