1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO
6

7
            IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,       ) No. CR-S 07-266 FCD
12                                  )
              Plaintiff,            )
13                                  ) STIPULATION AND ORDER TO ALLOW
       v.                           ) DEFENDANT TO ATTEND MOTHER'S DAY
14                                  ) CELEBRATION
   CHONG YANG THAO,                 )
15                                  )
              Defendant.            )
16                                  )
   _____
17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina

20  L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang

21  Thao, notwithstanding any other terms and conditions of his pretrial

22  release, be allowed to attend the Mother's Day Celebration located at

23  the Orchid Hall, 4905 East Kings Canyon Road, Fresno, CA 93727, May 9,

24  2009, and between the hours of 5:00 p.m and 12:00 midnight.  Mr. Thao

25  is not to have contact with any co-defendants.

26     The Court is advised that all counsel have conferred about this

27  request, that they have agreed that Mr. Thao will be allowed to attend

28  /////

                                    1

the celebration on May 9, 2009, that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 27, 2009        /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             CHONG YANG THAO

Dated: April 27, 2009        /S/ Robert Tice-Raskin
                             ROBERT TICE-RASKIN
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

    By the Court,

DATED: April 28, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(16)

Stipulation and Order                    2