DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0266 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL TO MINNESOTA |
| CHONG YANG THAO, ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to visit his brother, Xiong Thao, in Robbindale, Minnesota, between the dates of May 20, 2009, and May 30, 2009. Mr. Thao will be staying at his brothers home located at 2715 Knox Avenue #N, Minneapolis, MN, 55411. Mr. Thao is not to have contact with any co-defendants.

/////

/////

1

    Mr. Thao's brother suffered a heart attack and underwent open heart surgery and is currently hospitalized at North Memorial Hospital, located at 3300 Oakdale Avenue, Robbindale, MN, 55422.

    The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to travel to Minnesota between the dates of May 20, 2009 and May 30, 2009 to visit his brother, Xiong Thao, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his behalf.

    **IT IS SO STIPULATED**.

Dated: May 13, 2009                /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: May 13, 2009                /S/ Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

    **IT IS SO ORDERED.**

        By the Court,

DATED: May 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(17)