1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )  No. CR-S 07-266 FCD
12                                )
                 Plaintiff,       )
13                                )  STIPULATION AND ORDER TO ALLOW
        v.                        )  DEFENDANT TO VACATION FROM JULY
14                                )  26, 2009 TO AUGUST 1, 2009.
   CHONG YANG THAO,               )
15                                )
                 Defendant.       )
16                                )
   _____  )
17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Ellen Endrizzi, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang

21  Thao, notwithstanding any other terms and conditions of his pretrial

22  release, be allowed to vacation in Las Vegas, Nevada and Arizona

23  between the dates of July 26, 2009, and August 1, 2009.  Mr. Thao will

24  be staying in Las Vegas, Nevada and then traveling to the Grand Canyon,

25  in Arizona.  Mr Thao will be traveling with his wife and sister.  Mr.

26  Thao is not to have contact with any co-defendants.

27  /////

28  /////

1    The Court is advised that all counsel have conferred about this
2 request, that they have agreed that Mr. Thao will be allowed to travel
3 to Nevada and Arizona between the dates of July 26, 2009 and August 1,
4 2009 to vacation, and that Ms. Endrizzi has authorized Ms. Santos to
5 sign this stipulation on her behalf.

6    **IT IS SO STIPULATED.**

8  Dated: July 2, 2009                        /S/ Dina L. Santos
                                              DINA L. SANTOS
9                                             Attorney for Defendant
                                              CHONG YANG THAO

11 Dated: July 2, 2009                        /S/ Ellen Endrizzi
                                              ELLEN ENDRIZZI
12                                            Assistant United States Attorney
                                              Attorney for Plaintiff

14                              **O R D E R**

15    **IT IS SO ORDERED.**

16            By the Court,

17 DATED: July 6, 2009.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

23 Ddad1/orders.criminal/thao0266.stipord(18)

Stipulation and Order                         2