DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 07-0266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW DEFENDANT TO ATTEND FUNERAL SERVICES |
| CHONG YANG THAO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed attend funeral services for Niam Chia, in Santa Ana, California from August 28, 2009 through August 31, 2009.  Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed attend the
/////
/////

1 funeral services of Niam Chia, and that Mr. Tice-Raskin has authorized
2 Ms. Santos to sign this stipulation on his behalf.
3    **IT IS SO STIPULATED**.

5 Dated: August 25, 2009                /S/ Dina L. Santos
                                        DINA L. SANTOS
6                                       Attorney for Defendant
                                        CHONG YANG THAO

8 Dated: August 25, 2009                /S/ Robert Tice-Raskin
                                        ROBERT TICE-RASKIN
9                                       Assistant United States Attorney
                                        Attorney for Plaintiff

11                              **O R D E R**
12    **IT IS SO ORDERED**.
13 DATED: August 26, 2009.

                                  _____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

19 Ddad1/orders.criminal/thao0266.stipord(19)