DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 07-266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW DEFENDANT TO ATTEND FUNERAL SERVICES |
| CHONG YANG THAO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed attend funeral services for Khou Xiong Thao, in Merced, California from September 11, 2009 through September 14, 2009. Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed attend the
/////
/////
/////

1

funeral services of Khou Xiong Thao, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: September 8, 2009          /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  CHONG YANG THAO

Dated: September 8, 2009          /S/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: September 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(20)