```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CHONG YANG THAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266 FCD |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO ALLOW DEFENDANT TO ATTEND RECOGNITION LUNCH |
| ) CHONG YANG THAO ) Defendant. ) ) _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed attend a Recognition Luncheon for the Xiong Family Community in Merced, California on October 17, 2009.  Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed attend the luncheon, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his  behalf.

1 **IT IS SO STIPULATED.**

2

3 Dated: October 12, 2009          /S/ Dina L. Santos
                                   DINA L. SANTOS
4                                  Attorney for Defendant
                                   CHONG YANG THAO
5

6 Dated: October 12, 2009          /S/ Robert Tice-Raskin
                                   ROBERT TICE-RASKIN
7                                  Assistant United States Attorney
                                   Attorney for Plaintiff
8

9                            **O R D E R**

10 **IT IS SO ORDERED.**

11            By the Court,

12

13 Dated: October 15, 2009.

14                                  _____
                                    U.S. MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order              2