```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160
 4
 5  Attorney for Defendant
    CHONG YANG THAO
 6
```



FILED

DEC 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHONG YANG THAO<br>　　　　　　Defendant. | No. CR-S 07-266 FCD<br><br>STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney ROBERT TICE-RASKIN, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, that the terms and conditions of defendant's pretrial release be modified as follows:

　　　1.　Special Conditions of Release No. 3 is modified to add as an additional reason for approval of absenting from the house "employment" and "religious ceremonies" and "family gatherings and "community events" within Fresno and Merced areas of California."

　　　The Court is advised that all counsel have conferred about this

request, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: December 14, 2009

/S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: December 14, 2009

/S/ Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

By the Court,

Dated: December 14, 2009

Hon. Dale A. Drozd
United States Magistrate Judge

Stipulation and Order                         2