```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    CHONG YANG THAO
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 07-266 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO ALLOW ) DEFENDANT TO ATTEND FUNERAL ) SERVICES |
| CHONG YANG THAO, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed attend funeral services for Cher Ying Thao, in Schoiseld, Wisconsin from March 3, 2010 through March 11, 2010.  Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed attend the funeral services of Cher Ying Thao, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his  behalf.

**IT IS SO STIPULATED.**

Dated: February 22, 2010          /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  CHONG YANG THAO

Dated: February 22, 2010          /S/ Robert Tice-Raskin
                                  ROBERT TICE-RASKIN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: February 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/thao0266.stipord(21)