1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )  No. CR-S 07-266 FCD
12                                )
              Plaintiff,          )
13                                )  STIPULATION AND ~~PROPOSED~~ *D~* ORDER
         v.                       )  ALLOWING DEFENDANT TO VACATION IN
14                                )  NEVADA
   CHONG YANG THAO,               )
15            Defendant.          )
                                  )
16 _____)
                                  )
17
         IT IS HEREBY STIPULATED by and between Assistant United States
18
   Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina
19
   L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang
20
   Thao, notwithstanding any other terms and conditions of his pretrial
21
   release, be allowed vacation in Laughlin, Nevada from May 20, 2010 to
22
   May 25, 2010.  Mr. Thao is not to have contact with any co-defendants.
23
         The Court is advised that all counsel have conferred about this
24
   request, that they have agreed that Mr. Thao will be allowed to
25
   vacation in Nevada, and that Mr. Tice-Raskin has authorized Ms. Santos
26
   to sign this stipulation on his behalf.
27
         **IT IS SO STIPULATED.**
28

FILED
MAY 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1
2  Dated: May 12, 2010                 /S/ Dina L. Santos
                                       DINA L. SANTOS
3                                      Attorney for Defendant
                                       CHONG YANG THAO
4
5  Dated: May 12, 2010                 /S/ Robert Tice-Raskin
                                       ROBERT TICE-RASKIN
6                                      Assistant United States Attorney
                                       Attorney for Plaintiff
7
8                            O R D E R
9      IT IS SO ORDERED.
10            By the Court,
11
12  Dated: May 12, 2010              _____
                                     Hon. Dale A. Drozd
13                                   United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                        2