```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160
```

FILED
JUN 11 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | ALLOWING DEFENDANT TO VACATION IN |
| ) | NEVADA |
| CHONG YANG THAO ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed vacation in Las Vegas, Nevada from June 17, 2010 to June 22, 2010. Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to vacation in Nevada, and that Mr. Tice-Raskin has authorized Ms. Santos to sign this stipulation on his behalf.

1 | **IT IS SO STIPULATED.**

2

3 | Dated: June 10, 2010      /S/ Dina L. Santos
                              DINA L. SANTOS
4                             Attorney for Defendant
                              CHONG YANG THAO
5

6 | Dated: June 10, 2010      /S/ Robert Tice-Raskin
                              ROBERT TICE-RASKIN
7                             Assistant United States Attorney
                              Attorney for Plaintiff
8

9 |                    O R D E R

10 | **IT IS SO ORDERED.**

11 |          By the Court,

12

13 | Dated: June 11, 2010      /s/ Dale A. Drozd
                              Hon. Dale A. Drozd
14                            United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2