1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CHONG YANG THAO

6

**FILED**

SEP 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-266 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | ALLOWING DEFENDANT TO TRAVEL TO |
| ) | MINNESOTA |
| CHONG YANG THAO ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to travel to Minnesota from September 21, 2010 to September 29, 2010. According to Mr. Thao, he will be visiting his brother, Xiong Thao, who is hospitalized at North Memorial Hospital in Robinsdale, Minnesota. Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to travel

1  to Minnesota, and that Mr. Tice-Raskin has authorized Ms. Santos to
2  sign this stipulation on his behalf.
3       **IT IS SO STIPULATED.**
4
5  Dated: September 14, 2010              /S/ Dina L. Santos
                                          DINA L. SANTOS
6                                         Attorney for Defendant
                                          CHONG YANG THAO
7
8  Dated: September 14, 2010              /S/ Robert Tice-Raskin
                                          ROBERT TICE-RASKIN
9                                         Assistant United States Attorney
                                          Attorney for Plaintiff
10
11                              O R D E R
12      **IT IS SO ORDERED.**
13              By the Court,
14
15  Dated: September 14, 2010
                                          _____
                                          Hon. Dale A. Drozd
16                                        United States Magistrate Judge

Stipulation and Order                     2