DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
CHONG YANG THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 07-266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER ALLOWING DEFENDANT TO TRAVEL TO WISCONSIN |
| CHONG YANG THAO | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant CHONG YANG THAO, that Mr. Chong Yang Thao, notwithstanding any other terms and conditions of his pretrial release, be allowed to travel to WISCONSIN from November 16, 2010 to November 26, 2010. According to Mr. Thao, he will be attending funeral proceedings for his brother Chuetia Thao. Mr. Thao is not to have contact with any co-defendants.

The Court is advised that all counsel have conferred about this request, that they have agreed that Mr. Thao will be allowed to travel to Wisconsin, and that Mr. Tice-Raskin has authorized Ms. Santos to

sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: November 12, 2010        /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                CHONG YANG THAO

Dated: November 12, 2010        /S/ Robert Tice-Raskin
                                ROBERT TICE-RASKIN
                                Assistant United States Attorney
                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: November 12, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1:crim
thao0266.stipord(23).wpd

Stipulation and Order        2