**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Seng Vue

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. CR. S-07-266 FCD |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER FOR |
| ) | EXTENSION OF TIME TO FILE |
| SENG VUE, ) | REPORT REGARDING EVIDENCE TO |
| DAVID VANG, ) | BE SUPPRESSED |
| CHONG YANG THAO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

By this Court's previous order, the defense Report Regarding Evidence to be Suppressed is due on December 15, 2010.

Plaintiff, United States of America and the above named defendants, Seng Vue, David Vang and Chong Yang Thao, through their respective counsel, hereby stipulate to a brief extension of time, up to and including December 17, 2010 for defendants to file their Report Regarding Evidence to be Suppressed. This brief extension of time is necessary because two of the above named defense counsel have been engaged in a long and complicated drug conspiracy trial and the third has just

-1-

recently returned from surgery, keeping her out of the office for nearly two weeks.

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant
Seng Vue

/S/DINA LEE SANTOS
Dina Lee Santos
Attorney for Defendant
Chong Yang Thao

/S/HAYES H. GABLE, III
Hayes H. Gable, III
Attorney for Defendant
Dang Vang

/S/ROBERT TICE-RASKIN
Robert Tice-Raskin
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: December 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE