**DINA L. SANTOS, SBN 204200**
A Professional Law Corp.
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Defendant
CHONG YANG THAO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No. CRS - 07-0266 FCD |
| v. | **REQUEST FOR ORDER & PROPOSED ORDER EXONERATING BOND** |
| **CHONG YANG THAO**, | |
| Defendant. | |

On July 12, 2007, Mr. Thao was ordered released on a $765,000 Vacarro Bond. On August 2, 2007, the following property was posted and a deed of trust and promissory note was recorded against this property:

| **Property** | **Owner(s)** |
|---|---|
| 5796 East Grant Avenue, Fresno, CA | Chong Yang Thao<br>Sai Yang Thao |
| 2831 East Utah Avenue, Fresno, CA | Herth Moua |
| 5977 E. Dayton Ave., Fresno, CA | Michael Vang<br>Mee Thao Vang |

| | |
|---|---|
| 4244 North Sunnyside, Fresno, CA | Nao Tou Moua |
| | Mee Thao Moua |

The above captioned matter has now been dismissed. It is hereby requested that the Vacarro bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.

Dated: February 14, 2011          /s/ Dina L. Santos
                                                    DINA L. SANTOS
                                                    Attorney for Defendant
                                                    CHONG YANG THAO

## **ORDER**

It is hereby ordered that the Vacarro bond in the amount of $765,000, posted by and secured by a deeds of trust and promissory notesfrom the following property and persons by:

| | |
|---|---|
| 5796 East Grant Avenue, Fresno, CA | Chong Yang Thao |
| | Sai Yang Thao |
| 2831 East Utah Avenue, Fresno, CA | Herth Moua |
| 5977 E. Dayton Ave., Fresno, CA | Michael Vang |
| | Mee Thao Vang |
| 4244 North Sunnyside, Fresno, CA | Nao Tou Moua |
| | Mee Thao Moua |

is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deeds of Trust and Promissory Notes.

Dated: February 15, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE